IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRAVIS SILVER,

     Petitioner,

vs.                                    No. CV-19-284 WJ/JHR

DANIEL PETERS, Warden,

     Respondent.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Jerry H. Ritter, filed May 18, 2020. (Doc. 20). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. On June 10, 2020, Mr. Silver moved for an extension of time in which to file objections to the Proposed Findings and Recommended Disposition. (Doc. 22). On June 12, 2020, the Court granted the motion, allowing Mr. Silver an additional seventeen (17) days from the date of the Order to file objections. (Doc. 23). However, to date, the no objections have been filed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 20) are adopted.

IT IS FURTHER ORDERED that the *Motion Under 28 U.S.C. § 2254 for Writ of Habeas Corpus*, is DENIED and a Certificate of Appealability is DENIED.

_____
CHIEF UNITED STATES DISTRICT JUDGE